Michael K. Friedland (SBN 157,217)
mfriedland@knobbe.com
Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Laura E. Hall (SBN 280,840)
Laura.hall@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
OAKLEY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>FRY'S ELECTRONICS, INC. a California corporation, and NIGHT OWL SP, LLC, a Florida company,<br><br>  Defendants. | Civil Action No. **'13CV1292 WQHBGS**<br><br>**NOTICE OF RELATED CASES** |

NOTICE OF RELATED CASES

Plaintiff Oakley, Inc. ("Oakley"), pursuant to Local Rule 40.1, hereby notifies the Court and Defendants FRY'S ELECTRONICS ("Fry's") and NIGHT OWL LLC ("Night Owl") (collectively, "Defendants") that the subject of this case is related to the following pending action:

1. Civil Action No.: 11CV1305 DMS (WMc)
   U. S. District Court, Southern District of California
   *Oakley, Inc. v. Talitor Far East Company Limited et al.*

2. Civil Action No.: 12CV2346 DMS (WMc)
   U. S. District Court, Southern District of California
   *Oakley, Inc. v. Hire Order, Ltd., d/b/a Handsfreevideo.Com et al.*

This action involves the Plaintiff Oakley, Inc. and the same patent in suit, U.S. Patent No. D523461, in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: June 4, 2013            By: */s/ Ali S. Razai*
                                   Michael K. Friedland
                                   Ali S. Razai
                                   Laura E. Hall

                                   Attorneys for Plaintiff
                                   OAKLEY, INC.

15493946

- 1 -    NOTICE OF REALTED CASES