1 | Michael K. Friedland (SBN 157,217)
mfriedland@knobbe.com
2 | Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
3 | Laura E. Hall (SBN 280,840)
Laura.hall@knobbe.com
4 | KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
5 | Irvine, CA  92614
Telephone: (949) 760-0404
6 | Facsimile: (949) 760-9502

7 | Attorneys for Plaintiff
OAKLEY, INC.

8 |

9 | Kenneth C. Pickering
kcpickering@modl.com
10 | MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP
100 Front Street
11 | Worcester, MA 01608-1477
Telephone:  (508) 791-8500
12 | Fax:   (508) 791-8502

13 | Attorney for Defendants
FRY'S ELECTRONICS, INC. and
14 | NIGHT OWL SP, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>FRY'S ELECTRONICS, INC. a California corporation, and NIGHT OWL SP, LLC, a Florida corporation,<br><br>Defendants. | Civil Action No.<br>13CV1292 DMS (WMc)<br><br>**JOINT MOTION FOR DISMISSAL OF DEFENDANTS FRY'S ELECTRONICS, INC. AND NIGHT OWL SP, LLC PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Oakley, Inc. ("Oakley") and Defendants Fry's Electronics, Inc. and Night Owl SP, LLC. ("Defendants"), acting through their respective counsel of record, hereby stipulate to the dismissal with prejudice of all claims currently pending in the above-captioned action.

This Joint Motion of Dismissal is submitted pursuant to a Confidential Settlement Agreement between Oakley and the Defendants. Oakley and the Defendants have each agreed to bear their own costs, expenses, and attorney fees. The parties request that the Court retain jurisdiction over this matter to enforce compliance with the Settlement Agreement.

**IT IS SO STIPULATED**

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 4, 2013     By: */s/ Ali S. Razai*
                              Michael K. Friedland
                              Ali S. Razai
                              Laura E. Hall

                              Attorneys for Plaintiff
                              OAKLEY, INC.

MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP

Dated: September 4, 2013     By: */s/ Kenneth C. Pickering (with permission)*
                              Kenneth C. Pickering
                              Attorney for Defendants
                              FRY'S ELECTRONICS, INC. and
                              NIGHT OWL SP, LLC

## PROOF OF SERVICE

On September 4, 2013, I caused **JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** to be electronically filed with the Clerk of the Court using the CM/ECF system.

On September 4, 2013, I served the within **JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

**VIA E-MAIL AND MAIL TO:**

Kenneth C. Pickering
kcpickering@modl.com
MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP
100 Front Street
Worcester, MA 01608-1477

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 4, 2013 at Irvine, California.

                          */s/Ali S. Razai*
                          Ali S. Razai

15874462